PD-0360-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2018 2:05 PM
Accepted 6/5/2018 12:20 PM
DEANA WILLIAMSON
CLERK

CASE NO. PD-0360-18

IN THE COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED
COURT OF CRIMINAL APPEALS
6/5/2018
DEANA WILLIAMSON, CLERK

_____

QUINCY BLAKELY, Appellant

V.

THE STATE OF TEXAS, Appellee.

_____

APPELLANT'S MOTION FOR EXTENSION OF TIME
PETITION FOR DISCRETIONARY REVIEW

_____

Quincy Blakely
2701 Little Elm Parkway Ste. 100-551
Little Elm, Texas

**TO THE HONORABLE COURT OF CRIMINAL APPEALS**:

NOW COMES Quincy Blakely, Appellant herein, hereby moves this Court to the time to file the Petition for Discretionary review. In support of this motion, Appellant would show as follows:

1.      This Court advised the Petition for Discretionary Review was due on May 9, 2018.

2.      Petitioner filed the Petition for Discretionary Review on May 9, 2018.

3.   On May 10, 2018, the Petition for Discretionary Review was rejected for non-compliance.

4.   On May 29, 2018, Petitioner re-filed the Petition for Discretionary Review which was again rejected because Petitioner failed to file the Petition on May 21, 2018 due to inadvertently missing the second due date.

5.   Petitioner has filed the Petition for Discretionary Review along with this Motion.

6.   This Motion is not sought in an attempt to delay, and the State of Texas would not suffer any undue hardship or other prejudice as a result of an extension in the present case.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully moves this Court to grant the requested Appellant's Motion to Extend Time to File Petition For Discretionary Review, which Petition is contained herein.

/s/ Quincy Blakely
2701 Little Elm Parkway #100-551
Little Elm, Texas
blakelyrightsreserved@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served upon the Denton County District Attorney's Office via https://efile.txcourts.gov.

/s/ Quincy Blakely